UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ORIGINAL

| UNITED STATES OF AMERICA, | § |
| --- | --- |
| | § |
| *Plaintiff* | § |
| | § |
| VS. | § |
| | § |
| ROLANDO ZAMBRANO, | § |
| | § |
| *Defendant* | § |

Claim No: 71260
Civil Action Number: B-98-161

United States District Court
Southern District of Texas
FILED

NOV 09 1998

Michael N. Milby, Clerk of Court

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of Cameron County, Texas within the jurisdiction of this Court and may be served with service of process at 2010 Wyoming Drive, Harlingen, Texas 78550.

### The Debt

3. The debt owed the USA is as follows:

| | |
| --- | --- |
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $ 2,294.40 |
| B. Current Capitalized Interest Balance and Accrued Interest | 433.64 |
| C. Administrative Fee, Costs, Penalties | 0.00 |

D. Credits previously applied *(Debtor payments, credits, and offsets)*     1,545.00

E. Attorneys fees     250.00

**Total Owed**     $ 2,978.04

The Certificate of Indebtedness, attached as Exhibit A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.00% per annum or $ 0.50 per day.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

ALONSO & CERSONSKY, P.C.

By: _____
M. H. Cersonsky/TBA # 04048500
5065 Westheimer, Suite 600
Houston, Texas 77056
Telephone: (713) 840-1492
Fax: (713) 840-0038

Attorneys for Plaintiff