AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern DISTRICT OF Texas

United States District Court
Southern District of Texas
FILED

DEC 0 8 1998

Michael N. Milby
Clerk of Court

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*  V.<br><br><br>ROLANDO ZAMBRANO.<br><br>*Defendant* | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: **B - 98 - 161** |

TO: (Name and address of defendant)

ROLANDO ZAMBRANO
2010 Wyoming Drive
Harlingen, Texas 78550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. H. Cersonsky
5065 Westheimer, Suite 600
Houston, Texas 77056

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                                    11-12-98

CLERK                                                      DATE

_(signature)_

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Ac...

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me

DATE: 11-24-98

NAME OF SERVER (PRINT): Ernest Barajas

TITLE: Deputy Constable

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 2010 Wyoming Dr, Harlingen TX

[x] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Ricardo Rojas — Father-In-Law

[ ] Returned unexecuted: ____

[ ] Other (specify): ____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 3 mi | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-24-98

Signature of Server: Deputy Constable Ernest B____

Address of Server: 608 East Harrison, Harlingen TX

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.