IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 6 2001

Michael N. Kirby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. B-98-161 |
| ROLANDO ZAMBRANO, | § § § | |
| Defendant | § | |

## ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, Motion to dismiss claim against Rolando Zambrano without Prejudice to USA's right to refile same, and after due consideration, the Court notes that said Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and fees assessed against the party incurring same.

SIGNED July 6th, 2001, at Brownsville, Texas.

~~Hon. John Wm. Black~~
United States ~~Magistrate~~ District Judge
Filemon B. Vela